UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL JACKSON,

    Plaintiff,

v.                                                                 Case No: 2:14-cv-717-FtM-38DNF

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY, ST. JUDE
MEDICAL NEUROMODULATION
DIVISION and MEDTRONIC, INC.,

    Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on Plaintiff Daniel Jackson's Notice of Voluntary Dismissal Without Prejudice As to Defendants St. Jude Medical Neuromodulation Division, and Medtronic, Inc. (Doc. #40) filed on April 21, 2015.

On March 30, 2015, the Court granted Defendant Advanced Neuromodulation Systems, Inc. d/b/a St. Jude medical Neuromodulation Division's ("St. Jude") and Defendant Medtronic, Inc.'s motions to dismiss and granted Plaintiff leave to file a third amended complaint on or before April 21, 2015. (Doc. #37). Plaintiff now voluntarily dismisses this action as to Defendants St. Jude and Medtronic without prejudice under Rule 41 of the Federal Rules of Civil Procedure. (Doc. #40).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure allows a plaintiff to dismiss a case voluntarily without a court order.  Rule 41(a)(1)(A) reads, in pertinent part, that

> [s]ubject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).  Defendants St. Jude and Medtronic have not filed answers or motions for summary judgment.  The Court, therefore, dismisses this case as to Defendants St. Jude and Medtronic without prejudice.  Only Defendant Allstate Property and Casualty Insurance Company remains in this action.

Accordingly, it is now **ORDERED:**

**(1)** Plaintiff Daniel Jackson's Notice of Voluntary Dismissal Without Prejudice As to Defendants St. Jude Medical Neuromodulation Division, and Medtronic, Inc. (Doc. #40) is **GRANTED**.

**(2)** Plaintiff is **DIRECTED** to file a third amended complaint by **May 11, 2015**, naming and asserting claims against Defendant Allstate Property and Casualty Insurance Company only.  Defendant Allstate Property and Casualty Insurance Company shall have **fourteen (14) days** from the date it receives the third amended complaint to respond accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of April, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record